UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA N. N.,

      Plaintiff,

                                    Case No. 1:25-cv-577

v.

                                    HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## ORDER

      Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 22, 2026 (ECF No. 12), recommending that the Commissioner's decision be reversed and the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

      **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 12) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED.  On remand, the Commissioner should (1) re-evaluate the opinions of Dr. Mohiuddin and Dr. Chiambretti, and (2) re-evaluate Plaintiff's symptoms and the extent to which those symptoms limit Plaintiff's ability to perform work-related activities.

      A Judgment will be entered consistent with this Order.

Dated: July 7, 2026                        /s/ Jane M. Beckering
                                        JANE M. BECKERING
                                      United States District Judge